UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANDON LEE JOHNSON,

        Plaintiff,

v.                                                Case No: 6:16-cv-2119-Orl-31KRS

STATE OF FLORIDA,

        Defendant.
_____/

## ORDER

This cause is before the Court on initial review of Plaintiff's Complaint (Doc. 1). Plaintiff is incarcerated at the Brevard County Jail and proceeding *pro se.* Plaintiff failed to either pay the required $350 filing fee or submit a motion for leave to proceed *in forma pauperis*.

It is unclear as to the basis upon which Plaintiff requests relief or the manner in which this Court has jurisdiction over this case. Plaintiff appears to allege that he is wrongfully incarcerated and that the Brevard County Jail wrongfully took his personal property. As currently written, the Complaint lacks much of the information required in a civil rights complaint or a petition for writ of habeas corpus. For example, the allegations are vague, the defendants in this case are not properly identified, and the historical information concerning Plaintiff's prior federal cases has not been provided.

If Plaintiff chooses to file a civil rights complaint in this Court to address any alleged constitutional violations, he must submit a fully completed civil rights

complaint form, and he must submit a copy of the form for each Defendant for service of process. If Plaintiff chooses to file a petition for writ of habeas corpus, he must submit a fully completed petition for writ of habeas corpus form.

If Plaintiff desires to proceed *in forma pauperis* in this Court, he must submit a fully completed affidavit of indigency. The Clerk of the Court shall send to Plaintiff the forms for a civil rights complaint, a petition for writ of habeas corpus, and a motion for leave to proceed *in forma pauperis*. Plaintiff should not place this case number on the form(s), as the Clerk of the Court will assign a separate case number.

As a result, this case will be dismissed without prejudice to give Plaintiff the opportunity to properly file a civil rights complaint (or petition for writ of habeas corpus) and to either pay the appropriate filing fee or submit an affidavit of indigency to the Court.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to close this case and to send Plaintiff the forms for a civil rights complaint, a petition for writ of habeas corpus, and a motion for leave to proceed *in forma pauperis*.

**DONE** and **ORDERED** in Orlando, Florida on December 14, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party
OrlP-2 12/14